1  Kirk D. Dillman (SBN 110486)
   kdillman@mckoolsmithhennigan.com
2  Alan P. Block (SBN 143783)
   ablock@mckoolsmithhennigan.com
3  MCKOOL SMITH HENNIGAN, P.C.
   300 South Grand Avenue, Suite 2900
4  Los Angeles, California 90071
   Telephone: (213) 694-1200
5
   Steven Rizzi (admitted *pro hac vice*)
6  srizzi@McKoolSmith.com
   Ramy E. Hanna (admitted *pro hac vice*)
7  rhanna@McKoolSmith.com
   MCKOOL SMITH, P.C.
8  One Manhattan West
   395 9th Avenue, 50th Floor
9  New York, New York 10001-8603
   Telephone: (212) 402-9400
10
11 Christopher P. McNett (SBN 298893)
   cmcnett@mckoolsmith.com
   MCKOOL SMITH, P.C.
12 1100 15th Street, NW
   5th Floor
13 Washington, DC 20005
   Telephone: (212) 402-9400
14
   Scott W. Hejny (admitted *pro hac vice*)
15 shejny@mckoolsmith.com
   McKOOL SMITH, P.C.
16 McKool Smith, P.C.
   300 Crescent Court, Suite 1500
17 Dallas, Texas 75201
   Telephone: (214) 978-4000
18
   ATTORNEYS FOR EXPRESS MOBILE, INC
19

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| EXPRESS MOBILE, INC, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:20-cv-08492-RS |
| v. | ) | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL FACTS REGARDING DEFENDANTS' JOINDER IN MASTER STAY MOTION, WITH ADDITIONAL ARGUMENT** |
| SAP SE, SAP AMERICA, INC., and SAP LABS, LLC, | ) | |
| Defendants. | ) | |

Express Mobile submits this Notice of Supplemental Facts Regarding Defendants SAP SE's, SAP America, Inc.'s, and SAP Labs, LLC's Joinder in Master Stay Motion, with Additional Argument, which is currently pending before the Court and set for oral argument on June 23, 2022. On May 26, 2022, the Patent Trials and Appeal Board terminated IPR Nos. IPR2022-00247, IPR2022-00248, and IPR2022-00249 prior to institution of any of the IPRs. These IPRs were filed by Booking Holdings, challenging certain claims from the '044, '287, and '755 patents, respectively.

As a result of this development, only the IPRs filed by Meta (fka Facebook, Inc.) against these patents are proceeding, and the parties and the Court thus now have certainty as to which of the asserted claims in this case are no longer subject to any IPR challenges. For the Court's convenience, the updated status of the asserted claims from these patents versus the claims subject to IPRs is below. To be clear, there are no additional IPRs for any of the asserted patents awaiting institution decisions.

Table of Asserted Claims (bold indicates independent claims):

| Patent | Claims not subject to IPR | Claims subject to IPR |
|---|---|---|
| '044 | 3, 13, **15**, 17, 19, 20, 21, 24, 25, 26, 27 | **1**, 5, 6, 7, 11, 12 |
| '287 | 3, 13, **15**, 17, 19, 20, 21, 24, 25, 26, 27 | **1**, 5, 6, 7, 11, 12 |
| '755 | 3, **12**, 14, 16, 17, 18, 21, 22 | **1**, 5, 6, 7 |

| | |
|---|---|
| 1   DATED: June 2, 2022 | MCKOOL SMITH, P.C. |
| 2 | |
| 3 | By: /s/ Steven Rizzi |
|   | Kirk D. Dillman (SBN 110486) |
| 4 | Alan P. Block (SBN 143783) |
|   | Steven Rizzi (*pro hac vice*) |
| 5 | Ramy E. Hanna (*pro hac vice*) |
|   | Christopher P. McNett (SBN 298893) |
| 6 | Scott W. Hejny (*pro hac vice*) |
| 7 | **Attorneys for Express Mobile, Inc.** |